Kathryn Tassinari
Brent Wells
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

DAVID STEPHENS,

      Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration,

      Defendant.

Civil No. 05-6136-HA

ORDER FOR PAYMENT OF ATTORNEY
FEES, EXPENSES AND COSTS
PURSUANT TO EAJA
AND 28 U.S.C. §1920

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding plaintiff's attorney fees in the amount of $3,817.50, expenses in the amount of $25.00, and costs in the amount of $250.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $4,092.50 as full settlement of any and all claims for attorney fees and expenses under EAJA, 28 U.S.C. §2412, and costs pursuant to 28 U.S.C. §1920. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this __3__ day of __August__, 2006.

_____
U.S. District Judge

PRESENTED BY:

By: _____
Kathryn Tassinari
OSB #80115
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, EXPENSES & COSTS